UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT CR14-353 JRT/HB |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| v. | ) | 21 U.S.C. § 843(a)(3) |
| | ) | 21 U.S.C. § 843(d)(1) |
| MATTHEW ROBERT RAYMOND, | ) | 21 U.S.C. § 846 |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent To Distribute Oxycodone)

On or about October 9, 2014, in the State and District of Minnesota, the defendant,

**MATTHEW ROBERT RAYMOND,**

did unlawfully, knowingly and intentionally possess with intent to distribute 120 tablets of a mixture and substance containing a detectable amount of oxycodone, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
(Acquiring and Obtaining Possession of a Controlled Substance
By Misrepresentation, Fraud, Forgery, Deception and Subterfuge)

On or about October 9, 2014, in the State and District of Minnesota, the defendant,

**MATTHEW ROBERT RAYMOND,**

did unlawfully, knowingly and intentionally acquire and obtain 120 tablet of oxycodone, a controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge, in violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

SCANNED
NOV 03 2014
U.S. DISTRICT COURT ST. PAUL

## COUNT 3
(Attempted Possession With Intent To Distribute Oxycodone)

On or about October 10, 2014, in the State and District of Minnesota, the defendant,

**MATTHEW ROBERT RAYMOND,**

did unlawfully, knowingly and intentionally attempt to possess with intent to distribute 60 tablets of a mixture and substance containing a detectable amount of oxycodone, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

## COUNT 4
(Attempting To Acquire and Obtain Possession of a Controlled Substance By Misrepresentation, Fraud, Forgery, Deception and Subterfuge)

On or about October 10, 2014, in the State and District of Minnesota, the defendant,

**MATTHEW ROBERT RAYMOND,**

did unlawfully, knowingly and intentionally attempt to acquire and obtain 60 tablet of oxycodone, a controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge, in violation of Title 21, United States Code, Sections 843(a)(3), 843(d)(1) and 846.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY               FOREPERSON